**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 23-10375-JFW(MRWx)**                                            Date:  January 6, 2025

Title:   Chanel, Inc. -v- Royals Closet, et al.

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

      In the Court's Scheduling and Case Management Order ("CMO"), the Court set December 16, 2024, as the last day to conduct a Settlement Conference, and December 20, 2024, as the last day to file a Joint Report Re: Results of Settlement Conference.  Based on Plaintiff Chanel, Inc.'s ("Plaintiff") Status re ADR/Settlement, filed January 3, 2025 (Docket No. 29), it appears that the parties have intentionally violated the Court's CMO by failing to schedule and conduct a Settlement Conference on or before December 16, 2024, and Defendant RC Closet Corporation ("Defendant") has violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference on or before December 20, 2024

      Accordingly, the parties are ordered to show cause in writing by **January 8, 2025**, why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties and dismiss this action for the violation of the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of this action.

      IT IS SO ORDERED.